Sharon A. Rudnick, OSB #830835
sharon.rudnick@harrang.com
J. Aaron Landau, OSB #094135
aaron.landau@harrang.com
Harrang Long Gary Rudnick P.C.
360 East 10th Avenue, Suite 300
Eugene, OR 97401-3273
Telephone:    (541) 485-0220
Facsimile:    (541) 686-6564
Attorneys for Defendants

FILED 06 SEP '11 14:20 USDC-ORE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| JOAN LAFFERTY,<br><br>   Plaintiff,<br><br>vs.<br><br>PROVIDENCE HEALTH PLAN, an Oregon nonprofit corporation, **and EUGENE FREEZING & STORAGE GROUP HEALTH PLAN,**<br><br>   Defendants. | Case No.: CV-08-6318-TC<br><br>**ORDER VACATING JUDGMENT FOR ATTORNEY FEES** |

This matter having come before the Court on Defendants' Unopposed Motion for Order Vacating Judgment for Attorney Fees, and the court being fully advised in this matter:

//

//

//

Page 1 -- ORDER VACATING JUDGMENT FOR ATTORNEY FEES

Defendants' motion is granted. The Court's Judgment on Attorneys' Fees and Costs entered in this action on the 23rd day of February, 2011 is hereby vacated.

DATED this 25th day of August, 2011.

_____
Thomas M. Coffin, United States Magistrate Judge

Presented by:
J. Aaron Landau, OSB #094135
Harrang Long Gary Rudnick P.C.
Of Attorneys for Defendants